**No. 39727.**—Protest 952427–G of Penson & Co. (New York).

Opinion by EVANS, J.   There was nothing in the record to warrant disturbing the collector's action.   The protest was therefore overruled.